**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00331-CV**
_____

**SHARON BOUTTE, Appellant**

**V.**

**PORT ARTHUR I.S.D., Appellee**

**On Appeal from the 58th District Court**
**Jefferson County, Texas**
**Trial Cause No. B-0199425**

**MEMORANDUM OPINION**

Sharon Boutte, Appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id.* 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on January 8, 2025
Opinion Delivered January 9, 2025
Before Johnson, Wright, and Chambers, JJ.